**Order entered September 18, 2013**



**In The**

# Court of Appeals
# Fifth District of Texas at Dallas

## No. 05-11-01545-CV

### BROYHILL FURNITURE INDUSTRIES, INC., Appellant

### V.

### RANDY MURPHY AND DAVE SHAFFER, Appellee

**On Appeal from the 44th Judicial District Court**
**Dallas County, Texas**
**Trial Court Cause No. 08-13276**

## ORDER

The Court has been notified that a petition for bankruptcy has been filed in United States Bankruptcy Court for the District of Delaware concerning appellant Broyhill Furniture Industries, Inc. Pursuant to 11 U.S.C. § 362, further action in this cause is automatically stayed. *See* TEX. R. APP. P. 8.2.

Accordingly, for administrative purposes, this cause is **ABATED** and will be treated as a closed case. It may be reinstated on prompt motion by any party showing that the stay has been lifted and specifying what further action, if any, is required from this Court. *See* TEX. R. APP. P. 8.3.

s/     MOLLY FRANCIS
        JUSTICE